FILED

FEB 15 2017

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Clarksburg Division

RACHELLE O'DELL, on behalf of herself and
others similarly situated,

       PLAINTIFF,                       CIVIL ACTION NO. 1:16-CV-127 (Keeley)

      v.

NATIONAL HOSPITAL COLLECTIONS, L.L.C.,

       DEFENDANT.

## AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Rachelle O'Dell, on behalf of herself (individually) and all others similarly situated (class action), by and through her counsel, Jed R. Nolan, and the Defendant, by its counsel, Nancy R. Winschel and Daniel Booth, and stated that and upon the consideration by the plaintiff and her counsel of the motion for summary judgment filed by the defendant, the affidavits attached thereto, and the supporting documentation, plaintiff and her counsel requested an agreed order dismissing the matter, to which the defendant has no objection. It is stipulated that all matters in controversy are dismissed with prejudice and the parties move the court to dismiss this action with prejudice against said Defendant.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that this civil action be dismissed with prejudice and stricken from the docket.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

ENTERED this 15th day of February, 2017.

_____
Judge Keeley, District Judge

| PREPARED AND APPROVED BY: | APPROVED BY: |
|---|---|
| s/Jed R. Nolan<br>Ralph C. Young *(WV Bar #41760)*<br>Christopher B. Frost *((WV Bar #9411)*<br>Steven R. Broadwater, Jr. *(WV Bar #11355)*<br>Jed R. Nolan *(WV Bar #10833)*<br>Hamilton, Burgess, Young & Pollard, *pllc*<br>P.O. Box 959<br>Fayetteville, WV 25840<br>*Counsel for Plaintiff* | s/Nancy R. Winschel<br>Nancy R. Winschel *(WV Bar #11592)*<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br>*Counsel for Defendant*<br><br>s/Daniel T. Booth<br>Daniel T. Booth<br>WV Bar No. 4209 Booth & McCarthy<br>P.O. Box 4669<br>Bridgeport, WV 26330<br>304-842-0460<br>dtbooth@booth-mccarthy.com<br>*Counsel for Defendant* |

5335425.1